## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Andres DeJesus

                                        Plaintiff,

v.                                                      Case No.: 1:20–cv–01682
                                                        Honorable Jeremy C. Daniel

Wexford Health Sources, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 1, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: Jury Trial set for 8/18/2026 at 10:00 a.m. Motions in limine are due by 7/7/2026; Responses and the final pretrial order are due by 7/21/2026. Final Pretrial Conference set for 8/5/2026 at 10:00 a.m. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.